FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 16 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 22-50064 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 8:21-cr-00017-JVS-1 |
| v. | Central District of California, Santa Ana |
| FRANCISCO LUCAS, Jr., AKA Choko, AKA Francisco Lucas, | ORDER |
| Defendant-Appellant. | |

**MURGUIA**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion is vacated.